IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIE WEAVER,                                    1:06-CV-0134 OWW DLB P

       Plaintiff,

  vs.                                                  ORDER TO SUBMIT APPLICATION
                                                              TO PROCEED IN FORMA PAUPERIS
APPEAL COORDINATOR, et al.,               **OR** FILING FEE

       Defendants.
_____/

       Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C.
§ 1983.  Plaintiff has not paid the $250.00 filing fee, or submitted an application to proceed in forma
pauperis on the **appropriate form** pursuant to 28 U.S.C. § 1915.  Plaintiff has provided a certified copy
of his prison trust account statement pursuant to 28 U.S.C. § 1915(a)(2), and has provided the court with
the required original signature by an authorized officer of the institution of incarceration.  Accordingly,
IT IS HEREBY ORDERED that:

       1.  The Clerk's Office shall send to plaintiff the appropriate form for application to
proceed in forma pauperis.

       2.  Within thirty days of the date of service of this order, plaintiff shall submit a
completed application to proceed in forma pauperis, or in the alternative, pay the $250 filing fee for this
action.  Failure to comply with this order will result in a recommendation that this action be dismissed.

    IT IS SO ORDERED.

   **Dated:   February 9, 2006**                   _____/s/ **Dennis L. Beck**_____
3c0hj8                                                    UNITED STATES MAGISTRATE JUDGE