UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE WEAVER,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>APPEAL COORDINATOR AT CALIFORNIA CORRECTIONAL INSTITUTION,<br><br>　　　Defendant. | 1:06-CV-00134-OWW-DLB-P<br><br>ORDER GRANTING EXTENSION OF TIME TO FILE OBJECTIONS<br>(DOCUMENT #12) |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On June 15, 2006, plaintiff filed a motion to extend time to file objections to the Magistrate's findings and recommendations of May 22, 2006. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted thirty days from the date of service of this order in which to file objections to the Magistrate's findings and recommendations of May 22, 2006.

IT IS SO ORDERED.

Dated: 　June 19, 2006　　　　　　　　　　/s/ Dennis L. Beck
3c0hj8　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE