UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE WEAVER,<br><br>          Plaintiff,<br><br>vs.<br><br>APPEAL COORDINATOR AT<br>California CORRECTIONAL<br>INSTITUTION,<br><br>          Defendant.<br>_____/ | 1:06-cv-00134-OWW-DLB-P<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 11)<br><br>**ORDER DISMISSING ENTIRE ACTION** |

     Plaintiff, Willie Weaver ("plaintiff"), is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

     On May 22, 2006, the Magistrate Judge filed Findings and Recommendations herein which were served on the parties and which contained notice to the parties that any objections to the Findings and Recommendations were to be filed within fifteen (15) days.  On June 15, 2006, plaintiff filed a motion to extend time.  On June 20, 2006, the court granted plaintiff an additional

1

1  thirty (30) days within which to respond.  On July 21, 2006,
2  plaintiff filed objections to the Magistrate Judge's Findings and
3  Recommendations.
4      In accordance with the provisions of 28 U.S.C.
5  § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a
6  de novo review of this case.  Having carefully reviewed the
7  entire file, the Court finds the Findings and Recommendations to
8  be supported by the record and by proper analysis.
9      Accordingly, IT IS HEREBY ORDERED that:
10     1.   The Findings and Recommendations, filed May 22, 2006,
11  are ADOPTED IN FULL; and,
12     2.   This action is DISMISSED in its entirety.
13  IT IS SO ORDERED.
14  **Dated:   August 25, 2006**             /s/ Oliver W. Wanger
    emm0d6                              UNITED STATES DISTRICT JUDGE